```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DANIEL F. FLYNN<br><br>        Appellant,<br><br>   v.<br><br>BRIAN S. THOMAS.<br><br>        Appellee. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-0577(JEI)<br>CIVIL ACTION NO. 10-1621(JEI)<br><br>**ORDER VACATING THE COURT'S PREVIOUS ORDER AND REOPENING THE APPEALS** |

**APPEARANCES:**

Daniel F. Flynn
313 Gull Road
Ocean City, NJ 08006
        Pro Se

Lawrence K. Lesnik, Esq.
NORRIS MCLAUGHLIN & MARCUS, PA
721 Route 202-2-6
Bridgewater, NJ 08807
        Counsel for Defendant

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon the its own Order (DKT. No. 10 and DKT. No. 8), was filed on June 1, 2010.  On the same day,  June 1, this Court received a letter from Appellant containing explanations which made the previous order incorrect.

   **IT IS** on this 1st day of June, 2010,


        **ORDERED THAT:**

(1) this Court's previous Order (DKT. No. 10 and DKT No. 8) is **hereby vacated.**

(2) Appellant's Appeal from Bankruptcy Court (10-0577)(DKT. No. 1) is **hereby reopened.**

(3)  Appellant's Appeal from Bankruptcy Court (10-1621)(DKT. No. 1) is **hereby reopened.**

                                                s/ Joseph E. Irenas
                                              JOSEPH E. IRENAS, S.U.S.D.J.