# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

Daniel F. Flynn

          Plaintiff,

        v.

**Brian Thomas**

          Defendants.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

RECEIVED IN
CHAMBERS OF   Case Number: **10-cv-577-JEI**

JUL - 8 2010       **APPEAL**

JOSEPH E. IRENAS, U.S.D.J.

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS ORDERED** that the application is:

☐    **GRANTED**

☒    **DENIED, for the following reasons:**

APPLICATION SHOWS MORE THAN ENOUGH ASSETS TO PAY

FEES.

**ENTERED this** _12th_ **day of** _July_ **, 2010**

_[signature]_

**Hon. Joseph E. Irenas, USDCJ**